UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,  :
 :
 -against-  :  20-mj-2092  (VEC)
 :
MARK PUTNAM,  :  ORDER
 :
 Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 18, 2020, the parties appeared for or a bail appeal hearing in this matter before this Court; and

WHEREAS at the March 18, 2020 hearing, the Government appealed Magistrate Judge Aaron's decision to grant bail to Mr. Putnam;

IT IS HEREBY ORDERED THAT the Government's appeal is denied. In addition to the current bail conditions set by Magistrate Judge Aaron, Mr. Putnam will have a curfew from 8:00 p.m. -5:00 a.m. and will need to obtain permission from his assigned Pretrial Officer for any exceptions.

**SO ORDERED.**

**Date:  March 18, 2020**
 **New York, NY**

**VALERIE CAPRONI**
**United States District Judge, Part I**